in the CODIS databank (*see People v Seda,* 93 NY2d 307, 312 [1999]; *People v Lloyd,* 23 AD3d 296 [2005], *lv denied* 6 NY3d 755 [2005]; *People v Harrison,* 22 AD3d 236, 237 [2005], *lv denied* 6 NY3d 754 [2005]; CPL 30.10 [4] [a] [ii]).

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES HARRISON, Appellant. [813 NYS2d 204]—

Appeal by the defendant from a judgment of the County Court, Nassau County (Lapera, J.), rendered February 7, 2003, convicting him of criminal possession of a weapon in the third degree (three counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The trial court properly precluded alibi testimony where the

defendant failed to demonstrate good cause for his untimely alibi notice (*see* CPL 250.20 [1], [3]; *People v Tucker,* 21 AD3d 387, 388 [2005]; *People v Bonner,* 287 AD2d 728 [2001]).

Resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the trier of fact, which saw and heard the witnesses (*see People v Gaimari,* 176 NY 84, 94 [1903]). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record (*see People v Garafolo,* 44 AD2d 86, 88 [1974]). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The defendant's remaining contentions are without merit. Miller, J.P., Crane, Luciano and Rivera, JJ., concur.